UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GAYE N. SCOTT                                                           CIVIL ACTION

VERSUS

                                                                17-493-SDD-EWD

NANCY A. BERRYHILL

### RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated June 22, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is hereby DISMISSED pursuant to Local Rule 41 for Failure to Prosecute.

**IT IS FURTHER ORDERED** that, pursuant to Local Civil Rule 41(b)(3), that reinstatement of this action within thirty (30) days shall be permitted, upon a showing of good cause by the Plaintiff. Additionally, the Clerk of Court shall send, via certified mail return receipt requested, and regular mail, a copy of this *Order* to Plaintiff at the address listed on PACER.

Baton Rouge, Louisiana the 11 day of July, 2018.

                                                          **SHELLY D. DICK, DISTRICT JUDGE**
                                                          **MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 11.

Certified Mail No. 7004 1160 0003 2648 7038